AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

2020 APR 16 PM 1:33

In the Matter of the Search of

USPS Priority Mail parcel 9505 5114 1102 0104 2192 89 addressed to "Armando Vazquez, 3728 tea party place, Columbus OH. 43207"

Case No.

2:20-mj-278

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property

USPS Priority Mail parcel 9505 5114 1102 0104 2192 89 addressed to "Armando Vazquez, 3728 tea party place, Columbus OH. 43207"

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:

As set forth in the attached Affidavit of Postal Inspector Justin D. Koble

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Justin D. Koble, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 16, 2020

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

MN 4/16/20

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF:

USPS Priority mail parcel 9505 5114 1102 0104 2192 89 addressed to "Armando Vazquez, 3728 tea party place, Columbus OH 43207"

Case No. _____

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Justin D. Koble, Postal Inspector, being duly sworn, depose and state as follows:

1. I have been a U.S. Postal Inspector for the past 5 years, enforcing federal mail and drug laws; currently assigned to Columbus, OH. I have received training at the U.S. Postal Inspection Service National Training Seminars for mail-related criminal investigations and have investigated cases with other federal, state, and local police units.

2. The U.S. Postal Inspection Service is aware that drug traffickers have been using Priority Mail, a business-oriented service offered by the Post Office, to transport controlled substances and transfer funds, cash or otherwise, to further their enterprises. As a result of past investigations and prosecutions, the Postal Inspection Service has determined a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail network. Inspectors routinely review shipment documents and Priority Mail parcels originating from or destined to drug source areas to identify instances where there is a possibility of drug trafficking.

3. On April 15, 2020, US Postal Inspectors identified a USPS Priority Mail parcel bearing tracking number 9505 5114 1102 0104 2192 89, hereinafter the "Subject Parcel", which was believed to contain narcotics due to an ongoing investigation of narcotics being shipped from Puerto Rico to Central Ohio. US Postal Inspectors identified this as a suspect drug parcel based on several characteristics, including but not limited to type of mail, origin, destination, and size.

4. On April 15, 2020, US Postal Inspectors took custody of the Subject Parcel which was observed to be addressed to "Armando Vazquez, 3728 tea party place, Columbus OH 43207" with a return address of "Omayra Negron, Urb. Colinas del Prado, Calle Princesa Diana #284, Juana Diaz P.R. 00795". The Subject Parcel is a box wrapped in brown paper. The Subject Parcel was determined to weigh approximately 15 pounds, 10 ounces, and was mailed from Juan Diaz PR on April 13, 2020 with $56.60 postage affixed.

5. On April 16, 2020, checks of USPS, law enforcement, and open-source databases were conducted in an effort to determine the validity of the recipient name and address indicated

on the Subject Parcel "Armando Vazquez, 3728 tea party place, Columbus OH 43207". According to USPS databases, 3728 Tea Party Place is a valid address in the 43207 zip code however checks of law enforcement databased were unable to associate the name "Armando Vazquez" to the address.

6. On April 16, 2020, checks of USPS, law enforcement, and open-source databases were conducted in an effort to determine the validity of the return name and address indicated on the Subject Parcel "Omayra Negron, Urb. Colinas del Prado, Calle Princesa Diana #284, Juana Diaz P.R. 00795". According to USPS databases, Urb. Colinas del Prado, Calle Princesa Diana #284 is a valid address in the 00795 zip code. The name "Omayra Negron" was not found to be associated with the address.

7. Your affiant knows that in the past, drug traffickers have used fictitious names at legitimate addresses to receive parcels containing illegal narcotics, and have used non-existent addresses or addresses belonging to others for the sender/return address, in an attempt to legitimize the shipment in the event that the parcel is seized by law enforcement officers. Additionally, Puerto Rico is a known source area for shipment of illegal narcotics to Central Ohio as well as other areas of the United States.

8. On April 16, 2020, US Postal Inspectors contacted Officer Brian Carter, Columbus Division of Police, who is the handler for "Odja," a drug detection dog most recently certified by the Ohio Peace Officers Training Council for the detection of cocaine, "crack," heroin, and methamphetamine. K-9 "Odja" has had 200 hours of training at Gold Shield Training Kennels, Blacklick, OH, a well-established and regarded training facility for police canines. Both in training and actual deployments, K-9 "Odja" has successfully detected narcotics; demonstrating clear, positive, aggressive (scratch) alerts, establishing himself as a highly reliable police dog.

9. The Subject Parcel was hidden among other parcels, and K-9 "Odja" was allowed to search the entire area. Officer Carter concluded that K-9 "Odja" did alert positively to the Subject Parcel. Based on that alert, Officer Carter concluded that the odor of one of the drugs that K-9 "Odja" is trained and certified to detect was present.

10. Based on the information contained herein, your affiant maintains there is probable cause to believe the USPS Priority Mail parcel bearing tracking number 9505 5114 1102 0104 2192 89, the Subject Parcel, contains controlled substances and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b). Based on the facts set forth in this affidavit, I submit that there is probable cause to believe that controlled substances are being concealed in the parcel, and seek the issuance of a warrant to search the parcel for controlled substances to be seized.

Respectfully submitted,

Justin D. Koble, United States Postal Inspector

2

Subscribed and sworn to before me on April  April 16, 2020  , 2020.


_____
Kimberly A. Jolson
United States Magistrate Judge

3